**Amber Spataro, Esq. (Id. # 036892008)**
**LITTLER MENDELSON, P.C.**
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
*Attorneys for Defendant*
*CoreCivic of Tennessee, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUIANAH SEARS,<br><br>           Plaintiff,<br><br>vs.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>           Defendant. | Civil Action No. 2:21-cv-17232<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>*Electronically Filed* |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Rule, Defendant CoreCivic of Tennessee, LLC ("Defendant") hereby submits its Corporate Disclosure Statement as follows: Defendant is a non-governmental corporate party to this proceeding. Defendant is fully owned by CoreCivic, Inc., a publicly traded company.

    Respectfully submitted,

**LITTLER MENDELSON, P.C.**
Attorneys for Defendant

Dated: November 5, 2021

    */s/ Amber Spataro, Esq.*
    Amber Spataro

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 5th day of November, 2021, I electronically filed the foregoing using the District of New Jersey's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record:

     Ravi Sattiraju
     SATTIRAJU & THARNEY, LLP
     50 Millstone Road, Building 300
     Suite 202 East Windsor, NJ  08520
     rsattiraju@s-tlawfirm.com

     Hans A. Nilges
     NILGES DRAHER, LLC
     7266 Portage Street, N.W., Suite D
     Massillon, OH  44646
     hans@ohlaborlaw.com

     Don J. Foty
     HODGES & FOTY, LLP
     4409 Montrose Blvd, Suite 200
     Houston, TX  77006
     dfoty@hftrialfirm.com

     Anthony J. Lazzaro
     Lori M. Griffin
     Alanna Klein Fischer
     THE LAZZARO LAW FIRM, LLC
     34555 Chagrin Boulevard
     Suite 250
     Moreland Hills, OH  44022
     anthony@lazzarolawfirm.com
     lori@lazzarolawfirm.com
     alanna@lazzarolawfirm.com

     *Attorneys for Plaintiff*

     */s/ Amber M. Spataro, Esq.*
     Amber M. Spataro