UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| QUIANAH SEARS, *On Behalf of Herself and All Others Similarly Situated,* | Case No. 2:21-cv-17232 |
| Plaintiff, | |
| v. | |
| CORECIVIC OF TENNESSEE, LLC, | |
| Defendant. | |

## UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT,
## TO APPROVE DISTRIBUTION OF PROPOSED SETTLEMENT NOTICE, AND
## TO SET A HEARING DATE FOR A FORMAL FAIRNESS HEARING

PLEASE TAKE NOTICE that Plaintiff, Quinah Sears, by and through counsel, respectfully moves this Honorable Court to enter an Order in the form proposed in Exhibit 1-A providing the following relief:

(1)     granting certification of Class for settlement purposes;

(2)     granting preliminary approval of the Settlement Agreement (Ex. 1);

(3)     approving the proposed class notice and claim form (Ex. 1-C);

(4)     appointing as Class Counsel for the Settlement Class, Don Foty, Hans Nilges, and Matthew Grimsley;

(5)     appointing Named Plaintiff, Quianah Sears, as Class Representative;

(6)     preliminarily approving Class Counsel's attorney's fees and expenses;

(7)     preliminarily approving the enhancement payment to the Class Representative; and

(8)     scheduling a fairness hearing for final approval of the settlement.

Defendant does not oppose the forgoing Motion, and the relief requested is appropriate for the reasons set forth in the accompanying Brief in Support.

Dated:  August 31, 2023                              Respectfully submitted,

/s/ *Ravi Sattiraju*
Ravi Sattiraju
NJ Bar No. 035251998
SATTIRAJU & THARNEY, LLP
50 Millstone Road, Building 300, Suite 202
East Windsor, NJ 08520
Tel: (609) 469-2110
Fax: (609) 228-5649
Email: rsattiraju@s-tlawfirm.com

Hans A. Nilges
Ohio Bar No. 076017
*Admitted Pro Hac Vice*
NILGES DRAHER, LLC
7266 Portage Street, N.W. Suite D
Massillon, OH 44646
Tel: (330) 470-4428
Fax: (330) 754-1430
Email: hans@ohlaborlaw.com

Don J. Foty
Texas Bar No. 24050022
*Admitted Pro Hac Vice*
HODGES & FOTY, LLP
4409 Montrose Blvd, Suite 200
Houston, TX 77006
Tel: (713) 523-0001
Fax: (713) 523-1116
Email: dfoty@hftrialfirm.com

Matthew S. Grimsley
Ohio Bar No. 0092942
*Admitted Pro Hac Vice*
THE LAZZARO LAW FIRM, LLC
34555 Chagrin Boulevard, Suite 250
Moreland Hills, OH 44022
Tel: (216) 696-5000
Fax: (216) 696-7045
Email: matthew@lazzarolawfirm.com

*Attorneys for Plaintiff and Class Members*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on August 31, 2023, the foregoing was served upon all the Parties' counsel of record through the Court's ECF system. Parties may access the filing through the Court's system.

/s/ *Ravi Sattiraju*
Ravi Sattiraju