UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| QUIANAH SEARS, *On Behalf of Herself and All Others Similarly Situated,*<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>Defendant. | Case No. 2:21-cv-17232-CLW |

**UNOPPOSED MOTION FOR ENTRY OF THE FINAL APPROVAL ORDER AS AN ORDER OF THE COURT**

PLEASE TAKE NOTICE THAT, Plaintiff, Quianah Sears, by and through counsel, respectfully moves this Honorable Court for entry of the Final Approval Order, as proposed in Exhibit B to the Settlement Agreement (Doc 42-2 at PageID: 200-205).

Defendant does not oppose the forgoing Motion, and the relief requested is appropriate for the reasons set forth in the accompanying Brief in Support.

Dated: April 11, 2024            Respectfully submitted,

/s/ *Ravi Sattiraju*
Ravi Sattiraju
NJ Bar No. 035251998
**SATTIRAJU & THARNEY, LLP**
50 Millstone Road, Building 300, Suite 202
East Windsor, NJ 08520
Tel: (609) 469-2110
Fax: (609) 228-5649
Email: rsattiraju@s-tlawfirm.com

Hans A. Nilges
Ohio Bar No. 076017
*Admitted Pro Hac Vice*
**NILGES DRAHER, LLC**
7266 Portage Street, N.W. Suite D
Massillon, OH 44646
Tel: (330) 470-4428
Fax: (330) 754-1430
Email: hans@ohlaborlaw.com

Don J. Foty
Texas Bar No. 24050022
*Admitted Pro Hac Vice*
**HODGES & FOTY, LLP**
4409 Montrose Blvd, Suite 200
Houston, TX 77006
Tel: (713) 523-0001
Fax: (713) 523-1116
Email: dfoty@hftrialfirm.com

Matthew S. Grimsley
Ohio Bar No. 0092942
*Admitted Pro Hac Vice*
**THE LAZZARO LAW FIRM, LLC**
34555 Chagrin Boulevard, Suite 250
Moreland Hills, OH 44022
Tel: (216) 696-5000
Fax: (216) 696-7005
Email: matthew@lazzarolawfirm.com

*Attorneys for Plaintiff and Class Members*